**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

**No. 00-40052**
**Summary Calendar**

---

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**JOSE MANUEL GARCIA-CAMPOS,**

**Defendant-Appellant.**

---

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(B-99-CR-399-1)**

---

**October 23, 2000**

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Manuel Garcia-Campos has requested leave to withdraw and has filed a brief pursuant to **Anders v. California**, 386 U.S. 738 (1967).  Garcia-Campos received a copy of counsel's motion and brief but has *not* filed a response.  Our review of the brief and the record discloses *no* nonfrivolous issue for appeal.  Accordingly, the motion to withdraw is **GRANTED**, and the appeal is **DISMISSED**.  *See* 5TH CIR. R. 42.2.

*MOTION GRANTED; APPEAL DISMISSED*

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.